# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 44335

| | |
|---|---|
| STATE OF IDAHO, | ) 2017 Unpublished Opinion No. 432 |
| | ) |
| Plaintiff-Respondent, | ) Filed: April 17, 2017 |
| | ) |
| v. | ) Stephen W. Kenyon, Clerk |
| | ) |
| MATTHEW H. BOWERS, | ) THIS IS AN UNPUBLISHED |
| | ) OPINION AND SHALL NOT |
| Defendant-Appellant. | ) BE CITED AS AUTHORITY |
| | ) |

Appeal from the District Court of the Second Judicial District, State of Idaho, Nez Perce County. Hon. Jay P. Gaskill, District Judge.

Judgment of conviction and concurrent unified sentences of life, with a minimum period of confinement of fifteen years, for seven counts of lewd conduct with a child under sixteen, <u>affirmed</u>.

Eric D. Fredericksen, State Appellate Public Defender; Jenny C. Swinford, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before GRATTON, Chief Judge; MELANSON, Judge;
and HUSKEY, Judge

_____

PER CURIAM

Matthew H. Bowers was found guilty of seven counts of lewd conduct with a child under sixteen. Idaho Code § 18-1508. The district court sentenced Bowers to concurrent unified terms of life, with fifteen years determinate. Bowers appeals asserting that the district court abused its discretion by imposing excessive sentences.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-

1

15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Bowers' judgment of conviction and sentences are affirmed.